AO 91 (Rev. 11/11)  Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Armando RIVERA-SERENO<br>a/k/a Armando RIVERA-SANCHEZ<br>a/k/a Alejandro A. AGUIRRE | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:25-mj-625

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 9, 2024 _____ in the county of _____ Franklin _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8). | Possession of a firearm by an illegal alien |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

SAMUEL CHAPPELL (Affiliate)

Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2025.11.03 13:20:14 -05'00'

*Complainant's signature*

Samuel Chappell, ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ November 3, 2025 _____

City and state: _____ Columbus, Ohio _____

Kimberly A. Jolson
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Armando Rivera-Sereno**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I was an Officer with the Columbus Division of Police (CPD) from 2007-2024. I am currently employed as the Chief of the Delta, Ohio Police Department (DPD). I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Armando RIVERA-SERENO, a/k/a Armando RIVERA-SANCHEZ, a/k/a Alejandro A. AGUIRRE (hereinafter referred to as RIVERA-SERENO) for possession of a firearm by an illegal alien, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

3. The facts set forth within this affidavit come from my own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation, but rather is provided for the limited purpose of establishing probable cause that RIVERA-SERENO committed this offense.

4. According to a CPD report that I have reviewed, on or about September 9, 2024, at approximately 11:49 p.m., uniformed CPD officers were dispatched to 690 Holly Hill Drive, Columbus, Ohio, on a report of shots fired. CPD officers were advised that RIVERA-SERENO's wife, Marisela Sanchez, had reported that RIVERA-SERENO was inside the garage. Ms. Sanchez said that she received messages from RIVERA-SERENO saying goodbye and then heard a gunshot from the garage.

5. After arriving at the residence, the officers knocked and announced their presence at the garage. The officers received no response. Based upon the exigent circumstances, officers forced entry into the garage. Inside the garage, the officers observed a man later identified as RIVERA-SERENO sitting in the front seat of a white Chevrolet Suburban.

6. After officers called out to RIVERA-SERENO, he exited the vehicle. Officers asked RIVERA-SERENO about weapons and he pointed toward a table in the garage. A Marlin Firearms Co., Model 60, .22LR caliber rifle, bearing serial number 01133789, was on that table.

7. During their contact with RIVERA-SERENO, officers observed signs that he had consumed alcohol. RIVERA-SERENO had difficulty with his balance and walking, his eyes were glossy and bloodshot, and there was an odor of alcoholic beverages emitting from him. Officers observed multiple open Modelo and Bud Light cans on the table where the rifle was and inside the vehicle where RIVERA-SERENO had been sitting.

**PROBABLE CAUSE AFFIDAVIT**
**Armando Rivera-Sereno**

8. RIVERA-SERENO provided officers with the name Alejandro A. AGUIRRE. RIVERA-SERENO denied shooting a firearm and being suicidal.

9. Officers spoke with Ms. Sanchez. She stated that RIVERA-SERENO had a rifle and a pistol. Ms. Sanchez was the registered owner of the vehicle RIVERA-SERENO was sitting in when police contacted him. Ms. Sanchez stated that she had previously driven the vehicle a few days prior and that RIVERA-SERENO had driven it to work that day. Ms. Sanchez gave consent to officers to search the vehicle.

10. During the search of the vehicle, officers found a loaded Glock 17, 9mm pistol, bearing serial number DVY833, and a box of 9mm ammunition in the center console. Near the driver's seat, officers found a folded dollar bill with suspected narcotics inside. Underneath the vehicle, officers found a spent 9mm shell casing.

11. RIVERA-SERENO was transported to CPD Headquarters for an interview. After being read his constitutional rights and agreeing to answer questions, RIVERA-SERENO stated that he had consumed four beers that evening. He denied ownership of the two firearms. He claimed that the Glock pistol had been lying on a table when he accidentally bumped into the table, which caused the firearm to fall on the floor and discharge. He said that he then picked up the firearm and placed it in the center console of his wife's vehicle.

12. An ATF agent examined the firearms that RIVERA-SERENO possessed and determined that neither firearm was manufactured in the State of Ohio. Therefore, both firearms had previously traveled in interstate or foreign commerce to reach the State of Ohio.

13. RIVERA-SERENO is a citizen of Mexico with no legal status in the United States. On or about January 28, 2022, RIVERA-SERENO pled guilty to illegal reentry of a removed alien, in violation of 8 U.S.C. § 1326(a), in the Southern District of Ohio (Case No. 2:21-CR-129). On that same day, he was sentenced to time served plus three days of imprisonment. As part of his guilty plea, RIVERA-SERENO admitted that he has no legal status in the United States and that he had been removed from this country five times before his arrest in 2021. Therefore, when RIVERA-SERENO possessed firearms on or about September 9, 2024, he knew that he was unlawfully present in the United States.

14. RIVERA-SERENO committed the offense in Franklin County, Ohio, in the Southern District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Armando Rivera-Sereno**

15. Based on the information in this affidavit, I believe that probable cause exists that RIVERA-SERENO committed the offense of possession of a firearm by an illegal alien, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

SAMUEL
CHAPPELL
(Affiliate)

Digitally signed by SAMUEL
CHAPPELL (Affiliate)
Date: 2025.11.03 13:19:21
-05'00'

Samuel Chappell
ATF Task Force Officer

Sworn to and subscribed before me this __3rd__ day of November, 2025, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge