

FILED
RICHARD W. NAGEL
CLERK OF COURT

2026 APR 16 AM 11: 06

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>v.<br><br>**ARMANDO RIVERA-SERENO**<br>**a/k/a Armando Rivera-Sanchez**<br>**a/k/a Alejandro Aguirre**<br><br>**Defendant.** | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br>**18 U.S.C. § 922(g)(1)**<br>**18 U.S.C. § 922(g)(5)(A)**<br>**18 U.S.C. § 924(a)(8)**<br><br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### (Felon in Possession of a Firearm)

1. On or about September 9, 2024, in the Southern District of Ohio, the defendant, **ARMANDO RIVERA-SERENO**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, one Glock, Model 17, 9mm caliber pistol, bearing serial number DVY833, and one Marlin Firearms Company, Model 60, .22LR caliber rifle, bearing serial number 01133789, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT TWO
### (Illegal Alien in Possession of a Firearm)

2. On or about September 9, 2024, in the Southern District of Ohio, the defendant, **ARMANDO RIVERA-SERENO**, knowing that he was an alien illegally and unlawfully in the

1

United States, knowingly possessed a firearm, to wit, one Glock, Model 17, 9mm caliber pistol, bearing serial number DVY833, and one Marlin Firearms Company, Model 60, .22LR caliber rifle, bearing serial number 01133789, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).**

**FORFEITURE ALLEGATION**

3. The allegations of this Indictment are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any offense alleged in Counts One and Two of this Indictment, the defendant, **ARMANDO RIVERA-SERENO**, shall forfeit to the United States his interest in any firearms and ammunition involved in or used in such offense, including, but not limited to, the following:

- One Glock, Model 17, 9mm caliber pistol, bearing serial number DVY833;

- One Marlin Firearms Company, Model 60, .22LR caliber rifle, bearing serial number 01133789; and

- Any associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

s/Foreperson
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

s/ Brian J. Martinez
BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney